# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
### (Civil Division)

| | |
|---|---|
| DMJM + HARRIS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOVERNMENT INTELLIGENCE and PROPOSAL RESOURCES, INC., GUAM TELEPHONE AUTHORITY, TELEGUAM HOLDING, LLC, as successor to the Guam Telephone Authority, and INTERIM TRANSITION COORDINATING COMMITTEE, as agent of the Guam Telephone Authority, <br><br> Defendants. | **APPEARANCE** <br><br> Civil Action No.: 1:08-cv-00094 RJL |

To the Clerk of this Court and all parties of record:

　　Please enter the appearance of Donald C. Holmes as counsel in this case for:

Defendants Interim Transition Coordinating Committee and Guam Telephone Authority.

Date:   April 10, 2008

Signature:   /s/ Donald C. Holmes

Print Name:   Donald C. Holmes

Address and Telephone:

Donald C. Holmes & Associates, P.A.
110 Mill Street - P.O. Box 279
Greensboro, MD 21639
410-482-9505 (voice)
443-782-0362 (fax)
dcholmes@comcast.net

Bar Identification:   D.C. Federal District Court Bar #: 4137414