**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**(Civil Division)**

| | |
|---|---|
| DMJM + HARRIS, INC., <br><br>                   Plaintiff, <br><br> vs. <br><br> GOVERNMENT INTELLIGENCE and PROPOSAL RESOURCES, INC., GUAM TELEPHONE AUTHORITY, TELEGUAM HOLDING, LLC, as successor to the Guam Telephone Authority, and INTERIM TRANSITION COORDINATING COMMITTEE, as agent of the Guam Telephone Authority, <br><br>                   Defendants. | Civil Action No.: 1:08-cv-00094 RJL |

<u>CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE</u>
<u>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA</u>

      I, the undersigned, counsel of record for Defendants Interim Transition Coordinating Committee and Guam Telephone Authority, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of these two defendants, which have any outstanding securities in the hands of the public.

      (*Here list all such parent companies, subsidiaries and affiliates of the corporation* – This is not applicable – these Defendants are not corporations. They are government entities.)

      These representations are made in order that Judges of this court may determine the need for recusal.

ATTORNEY OF RECORD FOR GUAM TELEPHONE AUTHORITY & INTERIM TRANSITION COORDINATING COMMITTEE:

/s/ Donald C. Holmes

_____

Donald C. Holmes
Donald C. Holmes & Associates, P.A.
110 Mill Street - P.O. Box 279
Greensboro, MD 21639
410-482-9505 (voice)
443-782-0362 (fax)
dcholmes@comcast.net
D.C. Federal District Court Bar #: 4137414
D.C. Bar # 137414