UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DMJM + HARRIS, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| GOVERNMENT INTELLIGENCE AND PROPOSAL RESOURCES, INC., *et al.*, | ) Civil Case No. 08-0094 (RJL) |
| Defendants. | ) |

**ORDER**
(July 14, 2008)

Plaintiff filed this civil action on January 17, 2007 and filed an amended complaint on January 31, 2008. On March 17, 2008, Defendant TeleGuam Holdings, LLC filed a Motion to Dismiss [Dkt. # 4] and on April 10, 2008, Defendants Guam Telephone Authority/TeleGuam and Interim Transition Coordinating Committee filed a Motion to Dismiss [Dkt. # 6]. As of the date of this Order, plaintiff has not filed an opposition to these motions to dismiss. Accordingly, it is hereby

**ORDERED** that plaintiff shall file responses, if any, to Defendant TeleGuam Holdings, LLC's Motion to Dismiss and to Defendants Guam Telephone Authority/TeleGuam and Interim Transition Coordinating Committee's Motion to Dismiss no later than fifteen (15) days from entry of this Order. If the plaintiff fails to

respond, the Court may treat the motions as conceded pursuant to Local Rule 7(b) and dismiss the complaint against the above-referenced defendants.

**SO ORDERED.**

_____
RICHARD L. LEON
United States District Judge