UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DMJM + HARRIS, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| GOVERNMENT INTELLIGENCE AND PROPOSAL RESOURCES, INC., *et al.*, | ) Civil Case No. 08-0094 (RJL) |
| Defendants. | ) |

**ORDER**
(July 14, 2008)

Plaintiff filed this civil action on January 17, 2007. Summons was issued as to Defendant Government Intelligence and Proposal Resources, Inc. It does not appear from the record that service has been effected on Government Intelligence and Proposal Resources, Inc. "If a defendant is not served within 120 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. . . . [I]f the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m). The 120-day period having run, it is hereby

**ORDERED** that plaintiff shall show cause within 30 days of this Order why this action should not be dismissed against Defendant Government Intelligence and Proposal Resources, Inc. If plaintiff does not file a response by that date, the Court will dismiss

the complaint against Government Intelligence and Proposal Resources, Inc. pursuant to Fed. R. Civ. P. 4(m).

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge