UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DMJM + HARRIS, INC.,                )
                                    )
         Plaintiff,                 )
  v.                                )
                                    )
GOVERNMENT INTELLIGENCE             )   Civil Case No.  08-0094 (RJL)
AND PROPOSAL RESOURCES, INC.,       )
*et al.*,                           )
                                    )
         Defendants.                )

## ORDER
(August 27, 2008)

Plaintiff, DMJM + Harris, Inc., filed this civil action on January 17, 2007. Summons was issued as to Defendant Government Intelligence and Proposal Resources, Inc. ("GIPR"). It does not appear from the record that service has been effected on GIPR. On July 18, 2008, the Court ordered plaintiff to show cause within 30 days of the order why this action should not be dismissed against GIPR for failure to prosecute. LCvR 83.23. To date, plaintiff has not provided proof of service or responded to the Court's order with an explanation for its failure to do so. Accordingly, the Complaint as to Defendant Government Intelligence and Proposal Resources, Inc. is dismissed without prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge