UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DMJM + HARRIS, INC., | ) |
|              Plaintiff, | ) |
|    v. | ) |
| GOVERNMENT INTELLIGENCE | ) Civil Case No. 08-0094 (RJL) |
| AND PROPOSAL RESOURCES, INC., | ) |
| *et al.*, | ) |
|              Defendants. | ) |

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 27th day of August 2008, hereby

**ORDERED** that [#4] Defendant TeleGuam Holdings, LLC's Motion to Dismiss is GRANTED; and it is further

**ORDERED** [#6] Defendants Guam Telephone Authority/TeleGuam's and Interim Transition Coordinating Committee's Motion to Dismiss is GRANTED; and it is further

**ORDERED** that judgment is entered in favor of Defendants TeleGuam Holdings, LLC, Guam Telephone Authority/TeleGuam, and Interim Transition Coordinating Committee and the Complaint is dismissed as to these defendants.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge